IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-528-D

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LEE'S LOUNGE, and SANG OK WILLIAMS, | ) |
| Defendants. | ) |

Joe Hand Productions, Inc. ("plaintiff") seeks an order granting a default judgment against Lee's Lounge and Sang Ok Williams in the amount of $100,000 each and also seeks attorney's fees and costs [D.E. 10]. The court has considered the motion.

Plaintiff seeks excessive statutory damages, and plaintiff is not entitled to an enhanced penalty. Nonetheless, the motion [D.E. 10] is GRANTED in part and judgment is hereby entered against Lee's Lounge and Sang Ok Williams in the amount of $1,000.00 each. Defendants also are ordered to pay $1,250.00 in attorney's fees and costs.

SO ORDERED. This 11 day of January 2012.

JAMES C. DEVER III
Chief United States District Judge